1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALLISON BIBBEY, an individual, | CASE NO.:  2:25-cv-00441-DJC-SCR |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION TO BINDING ARBITRATION** |
| VACASA LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive, | |
| Defendants. | Complaint Filed: December 27, 2024<br>Trial Date:         None Set |

**Background**

On December 27, 2024, Plaintiff Allison Bibbey ("Plaintiff") initiated this action against Defendant Vacasa LLC ("Defendant") with the filing of a complaint in the Superior Court of California, County of Nevada. (Doc 1-4). On February 3, 2025, Defendant removed the action to this Court. (Doc. 1).

Pending before the Court is the stipulated request of Plaintiff and Defendant for an order staying the action and requiring submittal of the parties' dispute to arbitration. (Doc. 3).

**Conclusion and Order**

In light of the Parties' representation and good cause appearing, it is HEREBY ORDERED:

1. The claims of Plaintiff SHALL BE SUBMITTED to arbitration in conformity with the procedures set forth in the Stipulation signed by the Parties;

2. This action shall be stayed in its entirety pending the filing of a motion to confirm or vacate an arbitration award, or a notice of dismissal; and

3. This Court shall retain jurisdiction to enforce the Stipulation and Order Submitting the Action to Binding Arbitration and any Subsequent Arbitration Award, following the exhaustion of the right to appeal agreed to by the Parties.

4. The Parties SHALL FILE a joint notice informing the Court of the status of scheduling arbitration within 30 days of the date of this order and SHALL FILE a joint status report advising the Court on the status of arbitration proceedings within 210 days of the date of this order and every 120 days thereafter.

**IT IS SO ORDERED.**

Dated: February 19, 2025               /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE